JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER Z., | Case No. 5:22-cv-02079-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  June 12, 2023

_Karen E. Scott_

KAREN E. SCOTT
United States Magistrate Judge